IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:07-CR-195-L |
| | § | |
| MICHAEL SCOTT MCCARROLL (1) | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
<u>CONCERNING PLEA OF GUILTY</u>**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the defendant, and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge ("Report"), and no objections thereto having been filed within ten days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge determines that the Report of the Magistrate Judge concerning the Plea of Guilty should be accepted. Based upon the Report of the Magistrate Judge the court finds that the defendant is fully competent and capable of entering an informed plea, that the defendant is aware of the nature of the charge and the consequences of the plea, and that his plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact, containing each of the essential elements of the offense. Accordingly, the court **accepts** the plea of guilty entered by Defendant Michael Scott McCarroll on November 7, 2007, and he is hereby adjudged **guilty** of the offense charged in Count One of the Indictment, which is a violation of 18 U.S.C. § 371, namely, conspiracy to smuggle goods into the United States, remove goods from customs custody, transport goods removed from customs custody, steal goods from foreign or interstate shipment and possess goods stolen from foreign or interstate shipment (violations of 18 U.S.C. §§ 545, 549, and 659). Sentence will be imposed in accordance

with the court's scheduling order.

**It is so ordered** this 25th day of January, 2008.

Sam A. Lindsay
United States District Judge